DAVID ALLUM
6895 E Lake Mead Blvd. A6-169
Las Vegas, Nevada 89156
702-290-0695
Plaintiff

2011 OCT -7  A 10 03

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| David Allum,<br><br>            Plaintiff,<br><br>vs.<br><br>BAY AREA CREDIT SERVICE, LLC. and<br>ER SOLUTIONS, INC.; DOES 1 through X,<br><br>            Defendants. | CASE NO.:   2:11-cv-1396-GMN-GWF<br><br>**MOTION TO DISMISS WITH PREJUDICE**<br><br>**AND ORDER** |

Plaintiff DAVID ALLUM, in proper person, hereby moves the honorable court that the above-entitled matter be dismissed in its entirety with prejudice, against the defendant(s) BAY AREA CREDIT SERVICE, LLC., as this matter between the parties named herein was settled privately.

Service of process has not been initiated or completed, trial in this matter has not been set, and no motions are pending.

DATED this 7TH day of October, 2011.

/s/ David Allum
DAVID ALLUM
6895 E. Lake Mead Blvd. A6-169
Henderson, Nevada  89052

*Plaintiff in Proper Person*

**IT IS SO ORDERED** this 12th day of October, 2011.

_____
Gloria M. Navarro
United States District Judge