1  DAVID ALLUM
   6895 E Lake Mead Blvd. A6-169
2  Las Vegas, Nevada 89156
   702-290-0695
3  Plaintiff

2011 OCT -7  A 10: 03

4

5

6
                    UNITED STATES DISTRICT COURT
7
                        DISTRICT OF NEVADA
8

9  David Allum,                    )  CASE NO.:   2:11-cv-1396-GMN-GWF
                                   )
10              Plaintiff,          )
                                   )  **MOTION TO DISMISS WITH**
11     vs.                          )  **PREJUDICE**
                                   )
12  BAY AREA CREDIT SERVICE,LLC. and )
    ER SOLUTIONS, INC.; DOES 1 through X, )  **AND ORDER**
13                                  )
                Defendants.         )
14                                  )

15

16        Plaintiff DAVID ALLUM, in proper person, hereby moves the honorable court that the

17  above-entitled matter be dismissed in its entirety with prejudice, against the defendant(s) BAY

18  AREA CREDIT SERVICE, LLC., as this matter between the parties named herein was settled

19  privately.

20        Service of process has not been initiated or completed, trial in this matter has not been

21  set, and no motions are pending.

22        DATED this _7TH_ day of October, 2011.

23

24

25  DAVID ALLUM
    6895 E. Lake Mead Blvd. A6-169
26  Henderson, Nevada  89052

27  *Plaintiff in Proper Person*

    **IT IS SO ORDERED** this 12th day of October, 2011.
28

    _____
    Gloria M. Navarro
    United States District Judge