David Allum
6895 Lake Mead Blvd.
A 6-169
Las Vegas, Nevada 89156
Phone 702-290-0695

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

David Allum,

    Plaintiff,

vs.

ER SOLUTIONS, INC., AND

DOES 1 through X

                Defendant

Case No.:2:11-cv-1396-GMN-GWF

MOTION TO DISMISS WITH PREJUDICE

**AND ORDER**

Plaintiff DAVID ALLUM, in proper person, hereby moves the honorable court that the above-entitled matter be dismissed in its entirety with prejudice, against the defendant(s) ER SOLUTIONS, INC. and DOE'S 1 through X, as this matter between the parties named herein was settled privately.

    Service of process has not been initiated or completed, trial in this matter has not been set, and no motions are pending.

.

                            DATED this ____ day of November, 2011.

                            */s/ David Allum*

                            DAVID ALLUM
                            6895 E. Lake Mead Blvd. A6-169
                            Las Vegas, Nevada  89052

                            *Plaintiff in Proper Person*

Plaintiff DAVID ALLUM, in proper person, hereby moves the honorable court that the above-entitled matter be dismissed in its entirety with prejudice, against the defendant(s) ER SOLUTIONS, INC. and DOE'S 1 through X, as this matter between the parties named herein was settled privately.

Service of process has not been initiated or completed, trial in this matter has not been set, and no motions are pending.

.                                                                DATED this ____ day of November, 2011.

_____
DAVID ALLUM
6895 E. Lake Mead Blvd. A6-169
Las Vegas, Nevada  89052

*Plaintiff in Proper Person*

### ORDER

Having read the foregoing Motion to Dismiss With Prejudice, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the case against Defendant, ER SOLUTIONS, INC., is hereby **DISMISSED with prejudice**, and the above-entitled case can be closed.

**IT IS SO ORDERED** this 14th day of November, 2011.

_____
Gloria M. Navarro
United States District Judge